**UNITED STATES of America,
Plaintiff–Appellee**

**v.**

**Arthur WILLIAMS, also known as
Pop, Defendant–Appellant.**

No. 08–30655
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 16, 2009.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office Western Dis-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

trict of Louisiana, Shreveport, LA, Kelly P. Uebinger, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Carol B. Whitehurst, Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Arthur Williams has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Williams has filed a response. Our independent review of the record, counsel's brief, and Williams's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.